# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BILLIE JO COSSEY**                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-107-KGB-BD**

**CRAIGHEAD COUNTY JAIL**                                                       **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Ms. Cossey may file written objections to this Recommendation if she disagrees with its findings or conclusion. If objections are filed, they should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Ms. Cossey may waive any right to appeal questions of fact.

**II.**     **Discussion:**

Billie Jo Cossey was an inmate at the Craighead County Detention Facility when this lawsuit was filed on her behalf. (Docket entry #1) Ms. Cossey is no longer incarcerated, as evidenced by mail returned to the Court as "undeliverable," with a

notation that Ms. Cossey had been "released." (#3, #5) Ms. Cossey failed to inform the Court of her change-of-address, as required by the Court's local rules.

On April 30, 2019, the Court ordered Ms. Cossey to notify the Court of her new address within 30 days. (#4) In that Order, the Court specifically cautioned Ms. Cossey that her claims could be dismissed, without prejudice, if she failed to provide the Court her updated address. (#4) As of this date, however, Ms. Cossey has not notified the Court her current address. The time to do so has expired.

### III. Conclusion:

The Court recommends that Ms. Cossey's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's April 30, 2019 Order and her failure to prosecute this lawsuit.

DATED this 3rd day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE