THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLIE JO COSSEY**                                                              **PLAINTIFF**

v.                                          **Case No. 3:19-cv-00107-KGB**

**CRAIGHEAD COUNTY JAIL**                                      **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). In her Recommended Disposition, Judge Deere recommends that plaintiff Billie Jo Cossey's complaint be dismissed without prejudice for failure to comply with a court order and for failure to prosecute this action. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 6). The Court dismisses Mr. Cossey's complaint without prejudice.

It is so ordered this 29th day of January, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge