THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLIE JO COSSEY**                                                                           **PLAINTIFF**

**v.**                               Case No. 3:19-cv-00107-KGB

**CRAIGHEAD COUNTY JAIL**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Billie Jo Cossey's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 29th day of January, 2020.

                                                                    Kristine G. Baker
                                                                    United States District Judge